# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 19-5079**                                    **September Term, 2020**

**1:05-cv-01048-UNA**

**Filed On:** April 23, 2021

Abdulsalam Ali Abdulrahman Al-Hela,
Detainee Camp Delta, also known as Abd
Al-Salam Ali Al-Hila and Abdulwahab Ali
Abdulrahman Al-Hela, As Next Friend of
Abdulsalam Ali Abdulrahman Al-Hela,

       Appellants

   v.

Joseph R. Biden, Jr., President of the United
States, et al.,

       Appellees

## O R D E R

Upon consideration of the motion filed by Ammar al Baluchi for an invitation to file an amicus brief in support of petitioner-appellant Al-Hela's petition for rehearing en banc and the lodged brief, it is

**ORDERED** that the motion be denied because granting leave to participate would result in the recusal of a member of the en banc court. <u>See</u> D.C. Cir. Rule 29(b). The Clerk is directed to note the docket accordingly.

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

BY:    /s/
       Michael C. McGrail
       Deputy Clerk