# United States Court of Appeals
## For The District of Columbia Circuit
_____

**No. 19-5079**                                    **September Term, 2020**

**1:05-cv-01048-UNA**

**Filed On:** April 23, 2021

Abdulsalam Ali Abdulrahman Al-Hela,
Detainee Camp Delta, also known as Abd
Al-Salam Ali Al-Hila and Abdulwahab Ali
Abdulrahman Al-Hela, As Next Friend of
Abdulsalam Ali Abdulrahman Al-Hela,

      Appellants

      v.

Joseph R. Biden, Jr., President of the United
States, et al.,

      Appellees


**BEFORE:**    Srinivasan, Chief Judge; and Henderson, Rogers, Tatel, Millett,
Pillard, Wilkins, Katsas*, Rao, and Walker, Circuit Judges


# O R D E R

    Upon consideration of petitioner-appellant Abdulsalam Ali Abdulrahman Al-Hela's petition for rehearing en banc, the response thereto, and the vote in favor of the petition by a majority of judges eligible to participate, it is

    **ORDERED** that the petition for rehearing en banc be granted.  It is

    **FURTHER ORDERED** that the judgment filed August 28, 2020, be vacated.  It is

    **FURTHER ORDERED** that this case be scheduled for oral argument before the en banc court on Thursday, September 30, 2021, at 9:30 a.m.  It is

\* Circuit Judge Katsas did not participate in this matter.

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 19-5079**                                    **September Term, 2020**

**FURTHER ORDERED** that, in addition to filing briefs electronically, the parties file 30 paper copies of each of their briefs and appendix, in accordance with the following schedule:

| | |
|---|---|
| Brief for Petitioner-Appellant | June 2, 2021 |
| Appendix | June 2, 2021 |
| Brief(s) for Amici Curiae, if any in support of Petitioner-Appellant | June 9, 2021 |
| Brief for Respondents | July 9, 2021 |
| Brief(s) for Amici Curiae, if any in support of Respondents | July 16, 2021 |
| Reply Brief for Petitioner-Appellant | August 6, 2021 |

The parties are directed to limit briefing to the question of whether petitioner-appellant is entitled to relief on his claims under the Due Process Clause.

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Internal Procedures 41 (2017); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

Because the briefing schedule is keyed to the date of oral argument, the court will grant requests for extension of time limits only for extraordinarily compelling reasons. The briefs and appendix must contain the date the case is scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8).

A separate order will issue allocating oral argument time.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:      /s/
         Michael C. McGrail
         Deputy Clerk