**[ORAL ARGUMENT EN BANC SCHEDULED FOR SEPTEMBER 30, 2021]**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| **ABDULSALAM ALI ABDULRAHMAN AL-HELA**,　*Appellant*,　　*v.*　　**JOSEPH R. BIDEN, JR.**, *et al.*,　*Appellees*. | No. 19-5079 |

## RESPONSE OF PETITIONER-APPELLANT TO THE MOTION FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT

Petitioner-Appellant Abdulsalam Ali Abdulrahman Al-Hela files this response to state his position on the motion of *amicus* Khalid Ahmed Qassim for leave to participate in oral argument. Mr. Al-Hela takes no position on the motion, except that he opposes the motion to the extent that any time allocated to the movant would be subtracted from the time otherwise available to Mr. Al-Hela.

For the avoidance of doubt, and in response to the movant's statement that the question of whether Due Process applies "should be contested by an advocate at the en banc oral argument" (Motion at 4-5), counsel for Mr. Al-Hela intends to contest that question.

                        Respectfully submitted,

                         /s/  *David M. Zionts*  
                        S. William Livingston  
                        D.C. Bar No. 59055  
                        Robert A. Long  
                        D.C. Bar No. 415021  
                        David M. Zionts  
                        D.C. Bar No. 995170  
                        Brian E. Foster  
                        D.C. Bar No. 988311  
                        Andrew D. Garrahan  
                        D.C. Bar No. 1017643  
                        COVINGTON & BURLING LLP  
                        One CityCenter  
                        850 Tenth Street NW  
                        Washington, DC 20001  
                        (202) 662-6000 (phone)  
                        (202) 662-6291 (fax)  
                        wlivingston@cov.com  
                        dzionts@cov.com  
                        bfoster@cov.com  
                        agarrahan@cov.com

                        Beth D. Jacob  
                        D.C. Bar No. 1614161  
                        Healing and Recovery after Trauma  
                        2300 18th Street NW # 21074  
                        Washington, DC 20009  
                        (917) 693-1176 (phone)  
                        bdjacob@hrtlaw.org

September 10, 2021              *Attorneys for Petitioner-Appellant*

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing response complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 119 words.

*/s/ Andrew D. Garrahan*
Andrew D. Garrahan

## CERTIFICATE OF SERVICE

I certify that on this 10th day of September, 2021, I caused to be filed the foregoing petition for rehearing en banc with the Court via the appellate CM/ECF system of the United States Court of Appeals for the District of Columbia Circuit. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Andrew D. Garrahan*
Andrew D. Garrahan