# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 19-5079**                      **September Term, 2022**

1:05-cv-01048-UNA

**Filed On:** April 4, 2023

Abdulsalam Ali Abdulrahman Al-Hela, Detainee Camp Delta, also known as Abd Al-Salam Ali Al-Hila and Abdulwahab Ali Abdulrahman Al-Hela, As Next Friend of Abdulsalam Ali Abdulrahman Al-Hela,

    Appellants

    v.

Joseph R. Biden, Jr., President of the United States, et al.,

    Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the Clerk issue the mandate in this case seven days after the public release of the opinion.

                               **FOR THE COURT:**
                               Mark J. Langer, Clerk

                         BY:     /s/
                               Daniel J. Reidy
                               Deputy Clerk