# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 19-5079**                                            **September Term, 2022**

**1:05-cv-01048-UNA**

**Filed On:** April 12, 2023

Abdulsalam Ali Abdulrahman Al-Hela, Detainee
Camp Delta, also known as Abd Al-Salam Ali
Al-Hila and Abdulwahab Ali Abdulrahman
Al-Hela, As Next Friend of Abdulsalam Ali
Abdulrahman Al-Hela,

        Appellants

    v.

Joseph R. Biden, Jr., President of the United
States, et al.,

        Appellees

      **BEFORE:**    Srinivasan, Chief Judge, and Henderson, Rogers*, Tatel*, Millett,
                      Pillard, Wilkins, Katsas**, Rao, Walker, Childs**, and Pan**, Circuit
                      Judges, and Randolph, Senior Circuit Judge

## O R D E R

Upon consideration of the court's order to show cause filed under seal on April 4, 2023, and the government's response thereto, stating that the government has completed its classification review and concluded that no redactions are necessary before public release of the opinion filed April 4, 2023, it is

**ORDERED** that the order to show cause be discharged.  It is

**FURTHER ORDERED** that the order to show cause and the response thereto be unsealed, and the opinion be released publicly in its entirety.

The Clerk is directed to issue publicly the court's opinion filed April 4, 2023.

### Per Curiam

                            **FOR THE COURT:**
                            Mark J. Langer, Clerk

              BY:    /s/
                       Daniel J. Reidy
                       Deputy Clerk

* Circuit Judges Rogers and Tatel assumed senior status after this case was argued and before the date of this order.

** Circuit Judges Katsas, Childs, and Pan did not participate in this matter.