

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 514-7823

April 10, 2023

**UNDER SEAL**

VIA EMAIL

Mark Langer
Clerk of the Court
U.S. Court of Appeals for the District of Columbia Circuit
333 Constitution Avenue NW
Washington, D.C. 20001

RE:   *Al-Hela v. Biden*,
      No. 19-5079 (D.C. Cir.)

Dear Mr. Langer:

     In response to the Court's April 4, 2023 order to show cause, we write to advise the Court that the Government has completed its classification review of the opinions filed in this case on that date and has concluded that no redactions are necessary before public release of the opinions. Please let us know if we can be of further assistance to the Court.

Sincerely,

*s/ Brad Hinshelwood*
Brad Hinshelwood

cc:   Counsel of Record for Mr. Al-Hela (via email)